IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| COURTNEY LUSK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO: CV-24-381-R |
| v. ) | |
| ) | |
| MIDLAND CREDIT ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint [Doc. 14]. During the pendency of the Motion, Plaintiff filed an Amended Complaint [Doc. 15]. The Amended Complaint "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.,* 929 F.2d 1515, 1517 (10th Cir. 1991) (internal quotation omitted).

Defendant's Motion to Dismiss [Doc. 14] is therefore DENIED without prejudice to resubmission, if appropriate.

IT IS SO ORDERED this 11th day of July, 2024.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE