December 6, 2023
Midland Credit Management
350 Camino De La Reina
San Diego, CA 92108

$1,401 Synchrony Bank

I am disputing the alleged debt owed above. I no longer have help form a lawyer. The only convenient way to contact me is via email.

Courtney Lusk

[redacted]

EXHIBIT 1