THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

| | |
|---|---|
| COURTNEY LUSK<br>　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br>　　　　Defendant, | )<br>)<br>)<br>)<br>) Case No. 5:24-CV-00381-R<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Plaintiff Courtney Lusk respectfully notifies the Court that she and Midland Credit Management, Inc. have agreed in principle to settle the above-captioned matter with prejudice. Counsel for the parties are in the process of preparing and finalizing their Settlement Agreement. The plaintiff will file a dismissal upon completion of the process.

　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　**Law By JW, LLC**
　　　　　　　　　　　　　　　　1590 Jonesboro Rd. SE #6839
　　　　　　　　　　　　　　　　Atlanta, GA 30315
　　　　　　　　　　　　　　　　Phone: (832) 422-6362
　　　　　　　　　　　　　　　	jeff@lawbyjw.com

　　　　　　　　　　　　　　　　By: _/s/ Jeffrey A. Wilson_
　　　　　　　　　　　　　　　　　　JEFFREY A. WILSON

1

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, November 1, 2024, the foregoing document was served on all required parties via ECF document system.

*[signature: Jeffrey A. Wilson]*

Jeffrey A. Wilson