THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

| | |
|---|---|
| COURTNEY LUSK<br>　　　　Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br>　　　　Defendant, | )<br>)<br>)<br>)<br>) Case No. 5:24-cv-00381-R<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

　　Plaintiff Courtney Lusk and Defendant Midland Credit Management, Inc. hereby stipulate and agree that Plaintiff's claims against Midland Credit Management, Inc. should be dismissed, with prejudice, and with each side to bear its own costs and attorney's fees.

　　Dated: November 23, 2024.

(INTENTIONALLY LEFT BLANK)

1

Respectfully submitted:

**Law By JW, LLC**
1590 Jonesboro Rd. SE #6839
Atlanta, GA 30315
Phone: (832) 422-6362
jeff@lawbyjw.com

By: _/s/ Jeffrey A. Wilson_

**JEFFREY A. WILSON**

**ATTORNEY FOR PLAINTIFF**

- AND -

Respectfully submitted,

DOERNER, SAUNDERS, DANIEL &
ANDERSON, L.L.P.

By: _/s/ Jon E. Brightmire_
Jon E. Brightmire, OBA No. 11623
Two West Second Street, Suite 700
Tulsa, OK  74103-3117
(918) 591-5258 – *Telephone*
(918) 925-5258 – *Facsimile*
*jbrightmire@dsda.com*

***ATTORNEYS FOR DEFENDANT
MIDLAND CREDIT MANAGEMENT, INC.***

2